## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Francis P. Wertz aka Frank P. Wertz<br>Debtor(s) | CHAPTER 7 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>Movant<br>vs.<br>Francis P. Wertz aka Frank P. Wertz<br>Debtor(s) | NO. 19-14511 MDC |
| Lynn E. Feldman Esq.<br>Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 21st day of August, 2019 at Reading, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PENNSYLVANIA HOUSING FINANCE AGENCY to exercise its rights pursuant to the loan documents regarding the premises 211 East 3rd Street Boyertown, PA 19512.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

cc: See attached service list