United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-14511-mdc
Francis P. Wertz                                                          Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Christina              Page 1 of 1              Date Rcvd: Aug 23, 2019
                              Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2019.
db             +Francis P. Wertz,    211 East Third Street,    Boyertown, PA 19512-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
      DAVID S. GELLERT    on behalf of Debtor Francis P. Wertz dsgrdg@ptdprolog.net
      KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
       bkgroup@kmllawgroup.com
      LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                       TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Francis P. Wertz aka Frank P. Wertz<br>Debtor(s) | CHAPTER 7 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>Movant<br>vs.<br>Francis P. Wertz aka Frank P. Wertz<br>Debtor(s) | NO. 19-14511 MDC |
| Lynn E. Feldman Esq.<br>Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 21st day of August, 2019 at Reading, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PENNSYLVANIA HOUSING FINANCE AGENCY to exercise its rights pursuant to the loan documents regarding the premises 211 East 3rd Street Boyertown, PA 19512 .

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

cc: See attached service list